

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AARON TREVINO, | § | No. 08-23-00111-CR |
| Appellant, | § | Appeal from the |
| v. | § | 187th Judicial District Court |
| STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2021CR7554) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.